UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

               Plaintiff,                          Case No. 1:06:CR:42

v.

                                           HON. GORDON J. QUIST

ESTELLE DELPHIN WALLS,

               Defendant.

_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge filed December 19, 2006, is approved and adopted as the Opinion and Findings of this Court.

2.      Defendant Estelle Delphin Walls's plea of guilty to Count 4 of the Indictment is accepted. Defendant Estelle Delphin Walls is adjudicated guilty and bond will be revoked at the time of reporting.

3.      Defendant Estelle Delphin Walls shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Monday, January 22, 2007**. Defendant Estelle Delphin Walls shall be detained pending sentencing.

4.      A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  January 5, 2007                            _____/s/ Gordon J. Quist_____
                                               GORDON J. QUIST
                                      UNITED STATES DISTRICT JUDGE